1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

11

FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

EASTERN DIVISION

13

14

ABDUL R. D. SALEM,                           No. ED CV 15-02091 JGB (SPx)

15

        Plaintiff,

16

        v.                                   **PROTECTIVE ORDER REGARDING PLAINTIFF'S REQUEST FOR ENTRY AND INSPECTION OF PREMISES**

17

UNITED STATES OF AMERICA, *et al.*,

18

        Defendants.                          **Hon. Sheri Pym**

19

20

21

22

23

24

25

26

27

28

Pursuant to the Joint Stipulation For Protective Order filed by the parties with this Court on March 13, 2017,

IT IS HEREBY ORDERED that the following rules shall apply to Plaintiff's Request for Entry and Inspection of Premises:

1.     Persons in attendance on behalf of the Plaintiff shall be limited to Plaintiff's counsel Timothy Scott and Plaintiff's investigator Steven John Bellizzi.  Plaintiff's counsel shall advise Defendant's counsel of the full name, place of birth, and date of birth of each of said persons at least three days prior to the date of the site inspection. Neither person shall bring a firearm or other weapon onto the Premises.  Said persons shall be escorted by a designated Department of Homeland Security (DHS) or other federal officer at all times while in the Areas described above.

2.     The inspection shall be limited to the two Areas at Los Angeles International Airport described in the Stipulation.  These Areas may be entered, measured, and inspected subject to the limitations set forth below.  No audio recording device shall be used at any time during the inspection. Area 1 (Gate 150 boarding area, jet way and surrounding areas) may be photographed subject to the limitations set forth below.  No photographs of Area 2 (Federal Inspections Service area / Counter Terrorism Response interview room) shall be allowed.  Notwithstanding this Stipulation and Order, Plaintiff reserves his right to, at a future date, move the Court for an order compelling Defendant to allow photographs to be taken in Area 2.

3.     Plaintiff's counsel and investigator must ensure that persons on the Premises who are involved in arrests, detention or engaged in conversation with DHS or other personnel, are not shown in any photographs taken.

4.     In the event of a seizure, arrest or detention on the Premises, Plaintiff's counsel and investigator shall immediately follow any orders issued by DHS or federal officers and shall remain at a reasonable distance (no less than 10 feet) from the incident/suspects at all times.  Plaintiff's counsel and investigator shall not speak to, address, or question persons being inspected, detained, arrested, or searched.

1

2    5.    Plaintiff's counsel and investigator shall not converse with the designated

3    DHS or federal officer or any other federal employee on the Premises except for general

4    guidance and instruction concerning the inspection of the Premises.

5    6.    For reasons of officer safety, no recognizable photos will be allowed of any

6    officer or employee unless and until permission is granted by the officer or employee

7    and Defendant's counsel.

8    7.    No close-up photos or "looking over the shoulder" at computer screens is

9    allowed.  The content of these systems is protected by privacy laws and contains law

10   enforcement sensitive information.

11   8.    While on the Premises, Plaintiff's counsel and investigator shall be alert at

12   all times and shall follow orders from federal officers to prevent injury, and shall comply

13   with the rules and procedures set forth in this Stipulation.

14   9.    All photos taken during the inspection by Plaintiff's counsel or investigator

15   shall be reviewed by the designated DHS or federal officer before leaving the Premises

16   to ensure that the photos do not contain sensitive law enforcement information.

17   Plaintiff's counsel and investigator shall immediately delete such photos that are in

18   dispute, subject to Plaintiff's right to retake said photos should a Court rule that Plaintiff

19   should be permitted to do so.  The designated DHS or federal officer shall have the right

20   to immediately verify that such photos were deleted.

21

22   Dated:  March 15, 2017        _____

23                                HON. SHERI PYM
                                   United States Magistrate Judge

24

25

26

27

28