# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL R. D. SALEM,<br><br>    *Plaintiff,*<br><br>    v.<br><br>UNITED STATES OF AMERICA, LOS ANGELES FIRE DEPARTMENT AND DOES 1 – 10, inclusive,<br><br>    *Defendants.* | CASE NO. 5:15-CV-02091-JGB(SPx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CAUSES OF ACTION AGAINST DEFENDANT CITY OF LOS ANGELES |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Stipulation for Order of Dismissal Following Settlement by Plaintiff, **ABDUL R.D. SALEM** and Defendant **CITY OF LOS ANGELES,** it is hereby ordered that all causes of action against Defendant **CITY OF LOS ANGELES** are dismissed with prejudice.

    All parties are to bear their own costs and attorney's fees.

DATED: March 21, 2018

*[signature]*

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE